# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

STATE OF WASHINGTON, )
                                        )    DIVISION ONE
            Respondent, )
                                          )    No. 73837-2-I
            v. )
                                          )    UNPUBLISHED OPINION
RENO DUANE DOOLITTLE, )
                                          )
            Appellant. )    FILED: June 13, 2016
_____ )

PER CURIAM. Reno Doolittle appeals the order of restitution entered following his guilty plea to fourth degree assault but does not appeal the underlying judgment and sentence. He contends, and the State concedes, that the record does not contain sufficient reliable evidence to support the restitution amount, and that he is entitled to a new restitution hearing at which the State must present such evidence. We accept the concession of error and remand for further proceedings consistent with this opinion.

Doolittle's statement of additional grounds for review raises claims that are either beyond the scope of review of the restitution order or are barred by his guilty plea. See State v. Gaut, 111 Wn. App. 875, 880, 46 P.3d 832 (2002) (where post-trial order, not judgment and sentence, is the order appealed, challenges to judgment and sentence are beyond the scope of review; guilty plea waives the right to appeal the finding of guilt).

Remanded for proceedings consistent with this opinion.

For the court: